UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : 20 Cr. 0089 (CKK) |
| v. | : |
| MUSTAFA NEGHAT | : |

## **DEFENDANT'S NOTICE OF STATUS**

  Defendant Mustafa Neghat respectfully submits this Notice, prior to the status hearing in this case, currently scheduled for Monday, October 18, 2021. As set forth herein, the defense disagrees with the position of the United States Government that this case is ready to proceed to sentencing. See DE 25 (Gov. Status Report). Instead, the defendant intends to ask this Court for additional time in which to prepare and possibly file a motion to withdraw his guilty plea in this case. In addition, the defense asks this Court to remove all of the conditions of the defendant's pretrial release, to permit the return of his passport, and to allow the defendant to live without conditions while the remaining issue(s) in this case are resolved.

  The defendant pled guilty in this case in June 2020 and was prepared to testify as a Government witness in a criminal case brought in the U.S. District Court for the Eastern District of Virginia against other alleged members of the conspiracy to defraud the United States. See United States v. Anwar, et al, 21 Cr. 85 (LMB). The defendants charged in Virginia were for the most part, higher level employees at the company where Neghat was employed. On June 23, 2021, Judge Brinkema dismissed the Government's case in the Eastern District of Virginia after a lengthy oral argument. A copy of the transcript of that proceeding is attached hereto as Exhibit 1.[1]  Of particular importance, during the hearing, Assistant United States Attorney Grace Hill advised that she could not tell the Court with "100 percent certainty right now  exactly how we

---

[1] While the Government noted an appeal of Judge Brinkema's decision, it ultimately dismissed the appeal.

1

[the Government] are going to prove the case." Tr. at pp. 40-41. This comment (for which the Court applauded the Government) as well as other matters disclosed in the transcript of proceeding before Judge Brinkema and the pleadings filed in the Virginia case have left undersigned (and his client) with deep concerns concerning the viability of this case at the time the defendant pled guilty.

Undersigned has spoken with a member of the prosecution team concerning the possibility that the Government would agree to allow the defendant to withdraw his guilty plea and dismiss this case.  That was the procedure followed by the Fraud Section after a failed Foreign Corrupt Practices Act prosecution in this Courthouse before Judge Richard Leon. See United States v. Concalves et al, 09 Cr. 335 (RCL). A copy of the Government's motion to dismiss the case against defendants who pled guilty in that case is attached hereto as Exhibit 2.

The Government has indicated, however, that they will not agree to allow defendant Neghat to withdraw his guilty plea. As a matter of professional responsibility, undersigned would like to engage in additional dialogue with supervisors at the Fraud Section about this possibility. In the event that the Government will not agree, then the defense will consider its options, including requesting additional discovery and/or *Brady* material, as well as filing a motion to allow the defendant to withdraw his guilty plea. The defense requests a continued status hearing in approximately sixty (60) days to allow the defense to fully consider these matters.

In the interim, the defense asks this Court not to order the preparation of a Presentence Report, since it may not be necessary if the defense is successful. In addition, the defense asks this Court to remove all of the defendant's conditions of pretrial release, including reporting to Pretrial Services and travel restrictions, and allow undersigned to return the defendant's passport,

so that he can travel. It is beyond peradventure that the defendant has no intention – and under the circumstances present in this case – no motive to flee and the conditions of release serve no particularly useful purpose.

The defendant and counsel will be present at the status hearing on Monday, October 18, 2021 to respond to any questions the Court may have concerning the contents of this Notice.

                        Respectfully submitted,

                        *Robert Feitel*

                        _____
                        Robert Feitel, Esquire
                        Law Office of Robert Feitel
                        1300 Pennsylvania Avenue, N.W.
                        #190-515
                        Washington, D.C.  20004
                        D.C. Bar No. 366673
                        202-450-6133 (office)
                        202-255-6637 (cellular)
                        RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent via ECF to Department of Justice Trial Attorneys Michael McCarthy and Matthew Kahn , 1400 New York Avenue, N.W. Washington, D.C. this 14th day of October, 2021.

                                     *Robert Feitel*

                                     _____
                                     Robert Feitel