UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : 20 Cr. 0089 (CKK) |
| v. | : |
| MUSTAFA NEGHAT | : |

**DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS**

Since this criminal case began in June of 2020, defendant Mustafa Neghat has been on pre-trial release, subject to weekly reporting by telephone to his pre-trial services officer. Mr. Neghat was also required to surrender his passport, which is currently in the custody of undersigned counsel. As the court knows, the defendant entered a prompt guilty plea and then was identified as a potential witness in a related criminal case in the United States District Court for the Eastern District of Virginia. The criminal case in Virginia was dismissed and the defendant is currently awaiting the Government's sentencing recommendation, which is to be filed in January of 2022.

The defense respectfully moves this Court to modify Mr. Neghat's release conditions to permit the return of his passport and to void any restrictions on the defendant's ability to travel out of the country. The defendant will continue to report weekly to Pretrial Services by telephone and agrees to notify Pretrial Services before any travel out of the country.

Undersigned has communicated with the prosecutor in this case, who indicated that the Government would not object to changing the defendant's release conditions, if Pretrial Services did not oppose. Undersigned also communicated with the Pretrial Services officer assigned to this case, who advised: (1) that the defendant is in compliance with his conditions of release; and

(2) that Pretrial Services does not take a position with respect to less restrictive conditions of release.

The defendant currently lives with his wife and young child in Corona, California. He is the caretaker for an autistic sibling. The defendant has no prior convictions and the events that underlie this offense took place more than a decade ago. Given the current circumstances of the case, Mr. Neghat would have no motive to flee. His wife has recently suffered from some health problems and he would like to take his family on a vacation outside of the United States.

Given the totality of the circumstances in this case, the defense respectfully requests that the defendant's bond status be changed so that undersigned counsel is authorized to return the defendant his passport and that he be allowed to travel outside of the United States. The defendant will continue to report weekly by telephone to Pretrial Services and will advise Pretrial prior to any scheduled trips out of the United States.

A proposed Draft Order is attached hereto.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20004
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent via ECF to Department of Justice Trial Attorneys Michael McCarthy and Matthew Kahn , 1400 New York Avenue, N.W. Washington, D.C. this 5th day of November, 2021.

*Robert Feitel*

_____

Robert Feitel