UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 20 Cr. 0089 (CKK) |
| v. | : | |
| MUSTAFA NEGHAT | : | |

ORDER

Upon consideration of the defendant's Motion To Modify Conditions of Pretrial Release and the entire record herein, it is this _10th_ day of November, 2021

ORDERED, that defendant Mustafa Neghat' pretrial release conditions are modified, so that his defense counsel can return the defendant his passport and the defendant can travel outside of the United States, so long as he provides Pretrial Services with notice of his planned trip and his itinerary. The defendant will remain subject to weekly reporting to Pretrial by telephone.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge