UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : 20 Cr. 0089 (CKK) |
| v. | : |
| MUSTAFA NEGHAT | : |

**<u>DEFENDANT'S NOTICE</u>**

Defendant Mustafa Neghat respectfully submits this Notice to the Court and the Government to advise that after careful consideration, he has decided not to file a motion to withdraw his guilty plea, but rather to proceed to sentencing in the case.

The defense accordingly asks this Court to set a sentencing date in approximately three months, with an Order to prepare a Presentence Report. A Proposed Order is attached hereto.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20004
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

1

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent via ECF to Department of Justice Trial Attorneys Michael McCarthy and Matthew Kahn , 1400 New York Avenue, N.W. Washington, D.C. this 10th day of March .

*Robert Feitel*

_____
Robert Feitel